**Order entered November 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00960-CR

**MARCOS EVANGELISTO ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00354-W**

## ORDER

We **REINSTATE** this appeal.

On November 6, 2017, we abated this case for a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. On November 15, 2017, April Smith filed a docketing statement in which she states she is appointed counsel for appellant. We **DIRECT** the Clerk to list April Smith as appointed counsel for appellant and to transmit all future correspondence to her at P.O. Box 870550, Mesquite, Texas 75187-0550.

In the docketing statement, counsel indicates she has requested the reporter's record and that appellant is indigent. The clerk's record and reporter's record are due December 1, 2017.

/s/    LANA MYERS
         JUSTICE